**Order entered April 30, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01350-CV

## MIRAMAR FAIRMOUNT PARTNERS, LLC AND CALABAZA HOLDINGS, LLC, Appellants

### V.

## 2902 MAPLE, LP, ANDERS P. TING, AND COMERICA BANK, Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10049**

### ORDER

Before the Court is the April 27, 2020 motion of Calabaza Holdings, LLC for an extension of time to file its combined reply and cross-appellee's brief. We **GRANT** the motion and extend the time to **June 8, 2020**.

Also before the Court is the April 27, 2020 motion of Miramar Fairmount Partners, LLC for an extension of time to file its combined reply and cross-

appellee's brief.  We **GRANT** the motion and extend the time to **June 15, 2020**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE